UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOIS WILLOW ALLEN,

        Plaintiff,

v.

MARRIOTT CORPORATION ,

        Defendant.

CASE NO. C21-0938-RAJ

REPORT AND RECOMMENDATION

    Plaintiff submitted an *in forma pauperis* (IFP) application and a proposed civil complaint. Dkt. 1. Plaintiff names hotel corporations and individuals as defendants, as well as the State of Alaska and the city of Anchorage, the United States of America, and defendants such as "heaven if not conceded (a.k.a. the Church of Jesus Christ of Latter Day Saints, a.k.a. the Mormons)." Dkt. 1-1. She appears to allege crimes, violations of laws, and a variety of different incidents, but her claims are largely incomprehensible.

    Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP and should dismiss a complaint if it is frivolous or fails to state a claim upon which relief may be

REPORT AND RECOMMENDATION - 1

1  granted.  An action is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v.*
2  *Williams*, 490 U.S. 319, 325 (1989).

3  This Court previously dismissed several cases filed by Plaintiff upon finding them
4  frivolous and/or finding they failed to state a claim.  *Allen v. City Church*, No. C20-0492-RSL;
5  *Allen v. Puget Sound Guardians*, No. C18-1344-JCC; *Allen v. Chapel by the Sea Inc.*, No. C18-
6  0026-JLR; *Allen v. Persons Who Access My Personal Neurons and Information be they in a*
7  *Computer or in my Brain*, No. C17-1595-JCC.  *See also Allen v. Catholic Soc. Servs.*, No. C17-
8  1451-MJP (dismissal for improper venue).  The current action appears frivolous and fails to state
9  a claim upon which relief may be granted and is, therefore, also subject to dismissal under 28
10 U.S.C. § 1915(e)(2)(B).

11 Because of the deficiencies in the proposed complaint, the request to proceed IFP should
12 be DENIED and this case DISMISSED without prejudice.  28 U.S.C. § 1915(e)(2)(B).  A
13 proposed order of dismissal accompanies this Report and Recommendation.

14 Objections to this Report and Recommendation, if any, should be filed with the Clerk and
15 served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and
16 Recommendation is signed. Failure to file objections within the specified time may affect your
17 right to appeal. Objections should be noted for consideration on the District Judge's motions
18 calendar for the third Friday after they are filed. Responses to objections may be filed within
19 **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be
20 ready for consideration by the District Judge on **August 6, 2021**.

21 Dated this 20th day of July, 2021.

*[signature: Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2