UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOIS WILLOW ALLEN,

          Plaintiff,

   v.

MARRIOTT CORPORATION,

          Defendant.

Case No. C21-0938-RAJ

ORDER DENYING IN FORMA PAUPERIS REQUEST AND DISMISSING CASE WITHOUT PREJUDICE

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation;

(2)     Plaintiff's application to proceed *in forma pauperis* is DENIED;

(3)     This case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted;

/ / /

/ / /

(4)     The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable S. Kate Vaughan.

Dated this 16th day of August, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge